

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACOB ALEX JOHNSON,<br><br>          Plaintiff,<br><br>  v.<br><br>SHANNON D. DICUS, ET AL.,<br><br>          Defendants. | Case No. 5:25-cv-02846-HDV-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has passed and the Court has not received any objections. The Court notes that Plaintiff appears to no longer be in custody and therefore the Court has been unable to mail the Report and Recommendation to Plaintiff. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that judgment be entered DISMISSING THIS ACTION WITHOUT PREJUDICE for failure to prosecute.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at Plaintiff's current address of record, as well as all parties who have appeared in the action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 1/22/2026

_____
HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE

2