JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JACOB ALEX JOHNSON,

   Plaintiff,

 v.

SHANNON D. DICUS, ET AL.,

   Defendants.

Case No. 5:25-cv-02846-HDV-AJR

**JUDGMENT**

 Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

 IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice for failure to prosecute.

DATED: 1/22/2026

_____
HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE